JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:   Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-0320 MHP |
|    v.                 ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| RENE NAVAREZ,           ) | |
|    Defendant.             ) | |

On May 4, 2009, defendant Rene Navarez, appeared with his counsel, Loren Stewart, before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court is scheduled for May 18, 2009, at 10 a.m. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from May 4, 2009 through May 18, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

       1.       On May 4, 2009, defendant Rene Navarez, appeared with his counsel, Loren

1  Stewart, before the Honorable Marilyn H. Patel for a status conference.  The next status
2  conference before the Court is scheduled for May 18, 2009, at 10 a.m.  The parties requested, and
3  the Court ordered, the exclusion of time under the Speedy Trial Act from May 4, 2009 to May
4  18, 2009, to allow counsel to review discovery, which would ensure the effective preparation of
5  counsel.
6        2.    Accordingly, the Court finds that the ends of justice served by excluding the
7  period from May 4, 2009 to May 18, 2009 from Speedy Trial Act calculations outweighs the
8  interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of
9  counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

11  STIPULATED:

13  DATED: May 5, 2009                    /s/
    LOREN STEWART, ESQ.
14      Attorney for RENE NAVAREZ

16  DATED: May 5, 2009                    /s/
    CHRISTINE Y. WONG
17      Assistant United States Attorney

20  IT IS SO ORDERED.

22  DATED: May _5_, 2009
23  HON.
    United

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*