1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7301
7       Facsimile: (415) 436-6753
        E-Mail:    Christine.Wong@usdoj.gov
8
   Attorneys for the United States of America
9
10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA        )   No. 09-0320 MHP
                                   )
15                                 )
         v.                        )
16                                 )   STIPULATION AND [PROPOSED]
                                   )   ORDER DOCUMENTING WAIVER
17 RENE NAVAREZ,                   )
                                   )
18       Defendant.                )
                                   )
19 _____  )
20
21
22       On June 8, 2009, defendant Rene Navarez, appeared with his counsel, Loren Stewart,
23 before the Honorable Marilyn H. Patel for a status conference. The next status conference before
24 the Court is scheduled for June 29, 2009, at 10 a.m. With the agreement of the parties and with
25 the consent of the defendant, the Court enters this order confirming the exclusion of time under
26 the Speedy Trial Act from June 8, 2009 through June 29, 2009. The parties agree and stipulate,
27 and the Court finds and holds, as follows:
28       1.      On June 8, 2009, defendant Rene Navarez, appeared with his counsel, Loren

Stewart, before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court is scheduled for June 29, 2009, at 10 a.m. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from June 8, 2009 to June 29, 2009, to allow defendant the opportunity to consider hiring privately-retained counsel.

      2.    Accordingly, the Court finds that the ends of justice served by excluding the period from June 8, 2009 to June 29, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: June 8, 2009

/s/
LOREN STEWART, ESQ.
Attorney for RENE NAVAREZ

DATED: June 8, 2009

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 10, 2009

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-