JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RENE NAVAREZ, <br><br> Defendant. | No. 09-0320 MHP <br><br> STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |

On June 29, 2009, defendant Rene Navarez appeared with his counsel, Loren Stewart, before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court was scheduled for July 27, 2009, at 10 a.m. On July 27, 2009, defendant Rene Navarez appeared with his counsel, Loren Stewart, before the Court for another status conference. At that conference, the Court scheduled the next status conference for August 10, 2009, at 10 a.m. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act from July 27, 2009 through August

10, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    On June 29, 2009, defendant Rene Navarez appeared with his counsel, Loren Stewart, before the Honorable Marilyn H. Patel for a status conference. The next status conference before the Court was scheduled for July 27, 2009, at 10 a.m. On July 27, 2009, defendant Rene Navarez appeared with his counsel, Loren Stewart, before the Court for another status conference. At that conference, the Court scheduled the next status conference for August 10, 2009, at 10 a.m. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from June 29, 2009 to August 10, 2009, to allow defendant additional time to review discovery and consider a pre-trial resolution.

    2.    Accordingly, the Court finds that the ends of justice served by excluding the period from June 29, 2009 to August 10, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: August 5, 2009                      /s/
                                        LOREN STEWART, ESQ.
                                        Attorney for RENE NAVAREZ

DATED: August 5, 2009                      /s/
                                        CHRISTINE Y. WONG
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: August _6_ 2009



IT IS SO ORDERED
Judge Marilyn H. Patel