1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant NAVAREZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR-09-0320 MHP
                                      )
12 |           Plaintiff,             ) **STIPULATION AND [PROPOSED]**
                                      ) **ORDER CONTINUING SENTENCING**
13 | vs.                              ) **HEARING**
                                      )
14 | RENE NEVAREZ,                    ) **Current Sentencing Date: Nov. 16, 2009**
                                      ) Time:      9:00 a.m.
15 |           Defendant.             ) Judge:     Hon. Marilyn Hall Patel
                                      )
16 |                                  ) **Proposed Sentencing Date: Nov. 23, 2009**
                                      ) Time:      9:00 a.m.
17 |                                  ) Judge:     Hon. Marilyn Hall Patel
   |_____ )
18

19      The above-captioned case is currently scheduled for sentencing on Monday,

20 November 16, 2009 at 9:00 a.m. Undersigned counsel for Mr. Nevarez respectfully

21 requests that the Court reschedule the sentencing date to November 23, 2009 at 9:00 a.m.

22 Undersigned counsel for Mr. Nevarez is scheduled to attend a week-long training session

23 in New Mexico from November 16 through and including November 20.

24      This request is made in conformity with Criminal Local Rule 32-2(a). As of this

25 date, the probation officer has not yet filed the final presentence report. *See* Crim. L.R.

26 32-2(a). Counsel represents that good cause for the continuance has been established as

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING HEARING, 09-0320 MHP          1

set forth above. *See id.* (a)(1). Counsel for Mr. Nevarez has conferred with counsel for the Government and the probation officer, both of whom have confirmed their availability for the proposed date. *See id.* (a)(2). On October 16, 2009, counsel for Mr. Nevarez conferred with the Courtroom Deputy Clerk and confirmed the Court's availability. *See id.* (a)(3). A proposed order is attached below. *See id.* (a)(4).

Counsel for Mr. Nevarez respectfully requests that the date for sentencing in this case be continued until Monday, November 23, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

  October  , 2009              /s/
  DATED                         CHRISTINE WONG
                                Assistant United States Attorney

  October , 2009                /s/
  DATED                         LOREN STEWART
                                Assistant Federal Public Defender

For good cause shown and in accordance with Criminal Local Rule 32-2(a), the sentencing now scheduled for Monday, November 16, 2009 is vacated. The matter shall be added to the Court's calendar on Monday, November 23, 2009 at 9:00 a.m. for sentencing.

IT IS SO ORDERED.

  October 23, 2009              [signature]
  DATED                         HON. MARILYN HALL PATEL
                                United States District Court Judge

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING HEARING, 09-0320 MHP           2