IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENE NAVAREZ,<br><br>    Defendant.<br>_____/ | No. CR 09-00320 WHA<br><br>**ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Defendant Rene Navarez, who is currently incarcerated, has requested to proceed in forma pauperis on appeal. Defendant's application to proceed in forma pauperis was previously denied without prejudice because defendant failed to submit the required materials in support of his application. Defendant has filed an affidavit along with a copy of a form titled inmate inquiry, showing his account balances. The form is not certified. Defendant must submit a "certified copy of the trust fund account statement (or institutional equivalent) for [himself] for the 6-month period immediately preceding the filing of the . . . notice of appeal, obtained from the appropriate official of each prison at which [he] is or was confined." 28 U.S.C. 1915(a)(2). Thus, the request to proceed in forma pauperis is **DENIED** without prejudice to resubmission with the appropriate materials. The **CLERK** shall serve this order on defendant.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

                                                            WILLIAM ALSUP<br>                                                            UNITED STATES DISTRICT JUDGE