IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RENE NAVAREZ,

    Defendant.

No. CR 09-00320 WHA

**SECOND ORDER TO SHOW CAUSE**

Defendant, proceeding *pro se*, has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within **SIXTY DAYS** why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **THIRTY DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: April 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE