IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENE NAVAREZ,

    Defendant.

    /

No. CR 09-00320 WHA

**THIRD ORDER
TO SHOW CAUSE**

    In a prior order dated April 7 (Dkt. No. 75), the government was ordered to show cause as to why *pro se* defendant Rene Navarez's Section 2255 motion should not be granted, and to file then all portions of the record relevant to that motion. The deadline for the government's response has passed, but no such response has been received.

    Nonetheless, the government is **ORDERED TO SHOW CAUSE**, as discussed above. The government shall file its response by no later than **5 PM ON JUNE 17, 2014**. If the government opposes the Section 2255 motion, defendant may submit a reply by **JULY 10, 2014**.

    The Clerk will please **SERVE** a copy of this order on defendant and the government.

    **IT IS SO ORDERED.**

Dated: June 10, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE