IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00320 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR PROBATION AND GOVERNMENT RESPONSE** |
| RENE NAVAREZ, | |
| Defendant. | |

Defendant Rene Navarez has filed, pro se, a motion to reduce his sentence. The government and probation are requested to respond by **NOON ON AUGUST 18, 2016.**

**IT IS SO ORDERED.**

Dated: August 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE